UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Thomas Schouenborg, Civ. File No. 00-2800 (PAM/RLE)

Plaintiff,

v.

**ORDER**

State of Minnesota,

Defendant.

---

The above-entitled matter is before the Court upon the Report and Recommendation by United States Magistrate Judge Raymond L. Erickson (Docket No. 5) dated January 5, 2000. Neither party has filed an objection to that Report and Recommendation in the time period permitted for objections. See Rule 72(b), Fed. R. Civ. P.; Local Rule 72.1(c). Therefore, based upon all the files, records and proceedings in this matter, the Court ADOPTS the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

Petitioner's Application to Proceed In Forma Pauperis (Docket No. 3) is **DENIED.**

Dated: Feb. 6, 2001.

Paul A. Magnuson
United States District Court Judge

FILED FEB 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______