UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Steven Thomas Schoenborg,

Petitioner,

vs. ORDER

State of Minnesota,

Respondent. Civ. No. 00-2800 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 21st day of February, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Response to a Petition for a Writ of Habeas Corpus, filed on December 29, 2000, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

In order to facilitate disposition of the Petition and the request for dismissal, it is --

ORDERED:

That the Petitioner shall have until **March 19, 2001**, in which to respond, should he so choose, to the Respondent's submission to

FEB 21 2001
FILED
RICHARD D. SLETTEN, CLERK

the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE