UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Stephen Thomas Schouenborg,

Petitioner,

vs. ORDER

State of Minnesota,

Respondent. Civ. No. 00-2800 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 16th day of March, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's answer to a Petition for a Writ of Habeas Corpus, filed on January 24, 2000, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

On February 21, 2001, we ordered the Petitioner to respond to the Respondent's answer, if he chose to do so, by March 19, 2001. The Petitioner contends, however, that he has not received the Respondent's answer, and that he therefore cannot respond. Thus, in order to facilitate disposition of the Petition and the request for dismissal, it is --

MAR 16 2001

(14)

DEA

ORDERED:

1. That the Petitioner shall have until **April 23, 2001,** in which to respond, should he so choose, to the Respondent's submission to the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

2. That the Petitioner Motion for Relief and/or Continuance [Docket No. 13] be GRANTED.

2. That the Clerk's Office provide the Petitioner with the Respondent's answer to the Habeas Corpus Petition [Docket No. 7].

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE